**U.S. BANK NATIONAL ASSOCIATION as Trustee FOR the PENNSYLVANIA HOUSING FINANCE AGENCY, Respondent**

v.

**Bryan J. WATTERS and Proposed Intervener, Diane Watters, Petitioners**

**No. 188 WAL 2017**

Supreme Court of Pennsylvania.

August 8, 2017

## ORDER

PER CURIAM

AND NOW, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**